UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND

Carlos Didier MARROQUIN ESCOBAR,

    Petitioner,

    v.

KRISTI NOEM, Secretary,
U.S. Department of Homeland Security, *et al.*,

    Respondents.

Case No. 1:26-cv-00590-PX

## ORDER

After reviewing the Petition at ECF No. 1 and status report at ECF No. 6, the Court hereby orders:

1. Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court extends the injunction set by Second Amended Standing Order, ECF No. 2, previously entered in this matter, through the briefing schedule set below and until resolution of the issues addressed therein. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603–04 (1966) (recognizing under the All Writs Act "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels"). Respondents, including all those acting for them or on their behalf, are thus **ENJOINED** and **RESTRAINED** from removing Petitioner Carlos Didier Marroquin Escobar from the continental United States until further order of this Court;

2. Respondents' memorandum in opposition to the Petition for Writ of Habeas Corpus and any related motions **SHALL** be filed on or before **March 5, 2026**;

3. Petitioner's Reply memorandum in support of the Petition for Writ of Habeas Corpus, and any responses to motions filed by Respondents **SHALL** be filed on or before **March 18, 2026**; and

4. Respondents are further **DIRECTED** to ensure that the custodian of Petitioner, and all relevant agents of Respondents, are served with a copy of this Order immediately.

SO ORDERED.

February 17, 2026  
Date

/s/  
The Honorable Paula Xinis  
United States District Judge